### Islah AHMED

v.

### Richard COTOIA.

### No. 81–321–Appeal.

Supreme Court of Rhode Island.

Nov. 19, 1981.

Robert J. Fallon, Cranston, for plaintiff-appellee.

Taft, McSally & McKenna, Charles N. Redihan, Jr., Providence, for defendant-appellant.

### ORDER

This case came before a hearing panel of this court on November 17, 1981, pursuant to an order to show cause why the appeal should not be dismissed as interlocutory. After considering the arguments of counsel, we are of the opinion that the appeal is premature and that cause has not been shown. Therefore, the appeal is hereby dismissed.

BEVILACQUA, C.J., and SHEA, J., did not participate.

### Aram BERBERIAN

v.

### Clarence I. MITCHELL.

### No. 79–449–A.

Supreme Court of Rhode Island.

Nov. 19, 1981.

J. Ronald Fishbein, Providence, for plaintiff.

William J. Toohey, City Sol., Warwick, for respondent.

### ORDER

This case is assigned to the *show cause* calendar.

The petitioner is directed to appear on a date to be assigned and show cause why his appeal should not be dismissed in view of the fact that his raising of the issue of punitive damages is apparently barred by the doctrine of res judicata.